STATE of Missouri, Respondent,

v.

Bruce Thomas SHOCKLEY, Appellant.

No. WD 74399.

Missouri Court of Appeals,
Western District.

Jan. 22, 2013.

Andrew M. Hartnett, for Respondent.

Ellen H. Flottman, for Appellant.

Before Division One: THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Bruce Shockley appeals from his conviction, following a bench trial in the Circuit Court of Henry County, of one count of arson in the first degree, § 569.040. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**